IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETTYANNE MATASE | : | CIVIL ACTION |
| v. | : | |
| HOLY FAMILY UNIVERSITY | : | NO. 23-690 |

ORDER

AND NOW, this 16th day of March 2023, it is hereby ORDERED that the above-captioned case is referred to Magistrate Judge Elizabeth T. Hey for a settlement conference to be scheduled within the next 30 days, if possible.

BY THE COURT:

/s/ Harvey Bartle III
                         J.