```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| BETTYANNE MATASE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HOLY FAMILY UNIVERSITY | : | NO. 23-690 |

## ORDER

AND NOW, this 30th day of March 2023, it having been reported to the court that the issues between the plaintiffs and defendants have been settled and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby ORDERED that this action is DISMISSED with prejudice and without costs.

                                BY THE COURT:


                                /s/ Harvey Bartle III
                                                   J.